JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES EDWARD CARTER, ) <br> ) <br>     Petitioner, ) <br> ) <br>   v. ) <br> ) <br> DOMINGO URIBE, JR., WARDEN, ) <br> ) <br>     Respondent. ) <br> _____) | No. CV 09-8379-JFW(AJW) <br><br> JUDGMENT |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: January 13, 2010

                                                _____<br>
                                                John F. Walter<br>
                                                United States District Judge